IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BAKER and<br>BERTHA SANDERS, | ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) <br> ) | Case No.: 3:07cv142 MPM-EMB <br><br> JURY TRIAL DEMAND |
| MERCK & CO., INC., | ) <br> ) | |
| Defendant. | ) | |

## ORDER GRANTING STAY PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from Vioxx®. The Court, having considered the motion and the entire record in the cause, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

This, the 4th day of December, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE